CORENE KENDRICK (SBN 226642)
KYLE VIRGIEN (SBN 278747)
*ckendrick@aclu.org*
*kvirgien@aclu.org*
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

MARIA V. MORRIS (SBN 223903)
*mmorris@aclu.org*
AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6607

EMI MACLEAN (SBN 319071)
*EMacLean@aclunc.org*
ACLU OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>*Defendant*. | Case No. 3:23-cv-05248<br><br>**NOTICE OF APPEARANCE OF KYLE VIRGIEN AS COUNSEL FOR PLAINTIFF** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kyle Virgien of the American Civil Liberties Union Foundation hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him:

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930

Dated: October 13, 2023         AMERICAN CIVIL LIBERTIES UNION FOUNDATION

By: */s/ Kyle Virgien*
   Kyle Virgien
   *kvirgien@aclu.org*