CORENE KENDRICK (SBN 226642)
KYLE VIRGIEN (SBN 278747)
*ckendrick@aclu.org*
*kvirgien@aclu.org*
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
Telephone: (202) 393-4930

MARIA V. MORRIS (SBN 223903)
*mmorris@aclu.org*
AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6607

EMI MACLEAN (SBN 319071)
*EMacLean@aclunc.org*
ACLU OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>    *Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>    *Defendant*. | Case No. 3:23-cv-05248<br><br>**NOTICE OF APPEARANCE OF EMI MACLEAN AS COUNSEL FOR PLAINTIFF** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Emi MacLean of the American Civil Liberties Union Foundation of Northern California hereby enters her appearance as counsel of record on behalf of Plaintiff in the above-captioned matter and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on her:

EMI MACLEAN (SBN 319071)
*emaclean@aclunc.org*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

| | |
|---|---|
| Dated: October 17, 2023 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | By: */s/ Emi MacLean* |
| | Emi MacLean |
| | *emaclean@aclunc.org* |