## PROOF OF SERVICE

I, Haazim Amirali, declare that I am over the age of eighteen and not a party to the above action. I am employed by the American Civil Liberties Union Foundation of Northern California. My business address is 39 Drumm Street, San Francisco, CA 94111. My electronic service address is hamirali@aclunc.org. On October 17, 2023, I served the attached,

**NOTICE OF APPEARANCE OF EMI MACLEAN AS COUNSEL FOR PLAINTIFF**

BY E-MAIL OR ELECTRONIC TRANSMISSION: y transmitting via email or electronic transmission a true and correct copy of the document(s) listed above to the person(s) at the email address(es) set forth below:

**The United States Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-001
*Counsel for the Defendant*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 17, 2023 in San Francisco, CA.

                                        __/s/ Haazim Amirali_____
                                                   Haazim Amirali
                                                       Declarant