AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Attorney General of the United States
was received by me on *(date)*    10/16/2023    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:   Sent by certified mail on 12/7/2023 to the Attorney General of the United States, United States Department of Justice, 950 Pennslyvania Avenue, NW, Washington, D.C. 20530-0001.

My fees are $   0   for travel and $   0   for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date:   12/14/2023

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
915 15th St., N.W., 7th Floor
Washington, DC  20005
*Server's address*

Additional information regarding attempted service, etc:

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Attorney General of the United States

was received by me on *(date)* 10/16/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Sent by certified mail on 12/7/2023 to the Civil Process Clerk of the United States Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 12/14/2023

*Server's signature*

Samantha Weaver, Paralegal
*Printed name and title*

American Civil Liberties Union Foundation
915 15th St., N.W., 7th Floor
Washington, DC 20005
*Server's address*

Additional information regarding attempted service, etc:

Certified Mail Addresses:

Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Civil Process Clerk
United States Attorney's Office for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102