ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7073
    FAX: (415) 436-6748
    wes.samples@usdoj.gov

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 3:23-CV-05248-JD<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Assistant United States Attorney J. Wesley Samples is appearing as counsel for the United States Department of Justice. Accordingly, please have all ECF notices sent to the undersigned at Wes.Samples@usdoj.gov.

                      Respectfully submitted,

                      ISMAIL J. RAMSEY
                      United States Attorney

DATED: December 18, 2023        /s/ *J. Wesley Samples*
                      J. WESLEY SAMPLES
                      Assistant United States Attorney