| | |
|---|---|
| CORENE KENDRICK (SBN 226642)<br>ckendrick@aclu.org<br>KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>39 Drumm St.<br>San Francisco, CA 94111<br>(202) 393-4930<br><br>MARIA V. MORRIS (SBN 223903)<br>mmorris@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Telephone: (202) 548-6607<br><br>EMI MACLEAN (SBN 319071)<br>EMacLean@aclunc.org<br>ACLU OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 621-2493<br><br>Attorneys for Plaintiff | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>J. WESLEY SAMPLES (CABN 321845)<br>Assistant United States Attorney<br><br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7073<br>FAX: (415) 436-6748<br>wes.samples@usdoj.gov<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | CASE NO. 3:23-CV-05248-JD<br><br>**JOINT STIPULATION TO MODIFY DEADLINE TO ANSWER OR OTHERWISE RESPOND** |

1  WHEREAS, Defendant was served on December 13, 2023. *See* Dkt. No. 9.

2  NOW, WHEREFORE, the Parties jointly and respectfully submit this stipulation.

3  Pursuant to Civil Local Rule 6-1(a), Plaintiff the American Civil Liberties Union Foundation and Defendant the United States Department of Justice (collectively, the "Parties") agree and hereby stipulate to extend the deadline for Defendant to answer or otherwise respond to the Complaint (Dkt. No. 1) to February 15, 2024.

Respectfully submitted,

          ISMAIL J. RAMSEY
          United States Attorney

DATED: December 18, 2023        /s/ *J. Wesley Samples*
          J. WESLEY SAMPLES
          Assistant United States Attorney
          Attorney for Defendant

DATED: December 18, 2023        /s/ *Maria V. Morris* *
          MARIA V. MORRIS,
          ACLU National Prison Project
          Attorney for Plaintiff

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION
CASE NO.: 3:23-CV-05248-JD        1