ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 3:23-CV-05248-JD<br><br>**SAMPLES DECLARATION IN SUPPORT OF JOINT STIPULATION** |

I, J. Wesley Samples, declare as follows:

1.  I am an Assistant United States Attorney and represent the Defendant in the above captioned matter.  I am a member in good standing of the State Bar of California.  I make this declaration in support of the Parties' Joint Stipulation (the "Joint Stipulation").  The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2.  Pursuant to Civil Local Rules 6-1(b), 6-2(a) and 7-12, and subject to the Court's approval, the Parties agree and jointly stipulate to continue the initial case management deadlines as follows:

| PROPOSED INITIAL CASE MANAGEMENT DEADLINES | | | |
|---|---|---|---|
| **Stipulated Date** | **Date Set In Dkt. No. 6** | **Event** | **Governing Rule** |
| Thursday, February 22, 2024 | Thursday, December 21, 2023 | *Last day to: <br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| Thursday, February 29, 2024 | Thursday, January 4, 2024 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a)(1) Civil L.R. 16-9 |
| Thursday, March 7, 2024 | Thursday, January 11, 2024 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in: Courtroom 11, 19th Floor Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102 | Civil L.R. 16-10 |
| * If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference. | | | |
| ** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference. | | | |

3.   These requests are made in view of the availability of counsel during the holidays, and so that Plaintiff and Defendant may have an opportunity to meet and confer regarding the underlying FOIA request to possibly narrow the issues in this case before any other filings are made.

4.   This is the first request by the Parties to modify the schedule in this case.   The requested modifications will not impact the schedule other than as to the Joint Case Management Statement, and date for the Initial Case Management Statement, and the deadlines that depend thereon.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 18th of December, 2023, in San Francisco, CA.

\\

1 | \\

2 | DATED: December 18,2023                    Respectfully submitted,

3 | */s/ J. Wesley Samples*
J. Wesley Samples

4 | Assistant United States Attorney

5 | Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28