CORENE T. KENDRICK – 226642
KYLE VIRGIEN – 278747
ACLU NATIONAL PRISON PROJECT
425 California St., Ste. 700
San Francisco, CA 94104
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
Email: ckendrick@aclu.org
kvirgien@aclu.org

MARIA V. MORRIS – 223903
ACLU NATIONAL PRISON PROJECT
915 15th St., N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6607
Email: mmorris@aclu.org

EMI MACLEAN – 319071
ACLU OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493
Facsimile: (415) 255-8437
Email: emaclean@aclunc.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 3:23-cv-05248-JD<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**<br><br>Judge: Hon. James Donato |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 3-11(a), Corene T. Kendrick and Kyle Virgien of the ACLU National Prison Project, counsel of record for Plaintiff, submit this Notice of Change of

Case No. 3:23-cv-05248-JD

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Address for transmission of all documents in the above-captioned case for the following attorneys. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address for the following attorneys:

>Corene T. Kendrick
>Kyle Virgien
>ACLU NATIONAL PRISON PROJECT
>425 California St., Ste. 700
>San Francisco, CA 94104

DATED:  January 16, 2024    Respectfully submitted,

ACLU NATIONAL PRISON PROJECT

By: */s/ Corene T. Kendrick*
    Corene T. Kendrick

Attorney for Plaintiff