UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: February 1, 2024                                         Judge: Hon. James Donato

Time: 4 Minutes

Case No.        **3:23-cv-05248-JD**
Case Name       **American Civil Liberties Union Foundation v. United States Department of Justice**

Attorney(s) for Plaintiff(s):    Maria Morris
Attorney(s) for Defendant(s):    Wes Samples

Court Reporter: Kendra Steppler

Deputy Clerk: Lisa Clark

PROCEEDINGS

Initial case management conference -- Held.

NOTES AND ORDERS

Based on the discussion at the hearing, it appears that the case is likely to be resolved with a production of documents from another action. The Department of Justice will advise the ACLU Foundation by March 1, 2024, of the documents it will produce, and the documents that will be withheld subject to an express FOIA exemption that is clearly identified. The parties will jointly file by April 1, 2024, either a stipulation to dismissal of this case, or a status report with a proposed scheduling order. The case is stayed in all other respects pending further order.

1