CORENE KENDRICK (SBN 226642)
ckendrick@aclu.org
KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930

MARIA V. MORRIS (SBN 223903)
mmorris@aclu.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6607

EMI MACLEAN (SBN 319071)
EMacLean@aclunc.org
ACLU OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493

Attorneys for Plaintiff

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7073
   FAX: (415) 436-6748
   wes.samples@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | CASE NO. 3:23-CV-05248-JD<br><br>**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, and subject to the Court's approval, Plaintiff the American Civil Liberties Union Foundation ("Plaintiff") and Defendant the United States Department of Justice ("Defendant") (Plaintiff and Defendant collectively, the "Parties") stipulate as follows:

WHEREAS, on February 1, 2024, the Court held an initial case management conference during which the Parties indicated they planned to discuss a venue issue.

WHEREAS, the Parties have discussed the venue issue, including by meeting and conferring on February 1, 2024, immediately following the initial case management conference.

WHEREAS, on March 1, 2024, the United States Department of Justice, Federal Bureau of Prisons, sent from Washington, D.C. to the American Civil Liberties Union Foundation, National Prison Project, in Washington, D.C., a letter advising the American Civil Liberties Union Foundation as ordered by the Court in the Minute Entry at Dkt. No. 22 (the "Letter").

WHEREAS, the Letter advised Plaintiff that the Federal Bureau of Prisons ("BOP), in response to Plaintiff's Freedom of Information Act ("FOIA") Request 2023-01964-LIT, had (1) completed a search and received 572 pages of responsive records for processing (the "572 Pages"); and (2) though not required by the FOIA, in the spirit of compromise, was also writing a program in response to a portion of that FOIA Request (the "Program Response").  Regarding the Program Response the Letter further stated that "BOP anticipate[d] receiving the records . . . result[ing] from the program . . . within 3 weeks [of the Letter], and [that] the BOP w[ould] process them and release them to [Plaintiff] on a rolling basis subject to applicable FOIA exemptions including those listed [in the Letter]."

WHEREAS, the Letter further advised Plaintiff that the Federal Bureau of Prisons, in response to Plaintiff's FOIA Request 2023-02625-LIT, had completed its search and received 443 pages of responsive records for processing (the "443 Pages").

THEREFORE, to resolve the venue issue the Parties stipulate as follows:[1]

1. Venue is this action is governed by 5 U.S.C. § 552(a)(4)(B) such that the United States District Court for the District of Columbia is the proper venue for this action.  *See* 5 U.S.C. § 552(a)(4)(B) ("On complaint . . . the District of Columbia[] has jurisdiction.").  Accordingly, the Parties stipulate that the

---

[1] The Parties incorporate here by reference all defined terms appearing in parentheses as used in all of the preceding retail paragraphs beginning with "WHEREAS."

JOINT STIPULATION TO TRANSFER & [PROPOSED] ORDER
CASE NO.: 3:23-CV-05248-JD                                                                                               2

above captioned matter should be transferred to the United States District Court for the District of Columbia.

2.   Within two business days of the date on which any judge presiding in the Northern District of California enters on the docket an executed copy of the below included [Proposed Order] transferring this case to the United States District Court for the District of Columbia, BOP shall release to Plaintiff the 572 Pages responsive to FOIA Request 2023-01964-LIT as well as the 443 Pages responsive to FOIA Request 2023-02625-LIT.

3.   Within thirty days of the date on which any judge presiding in the Northern District of California enters on the docket an executed copy of the below included [Proposed Order] transferring this case to the United States District Court for the District of Columbia, BOP shall release to Plaintiff the Program Response identified in the Letter with respect to FOIA Request 2023-01964-LIT, and that release shall include the Program Response in a Microsoft Excel format.  At that time, BOP may also release the Program Response in additional formats, if it so chooses.

4.   The Parties additionally stipulate that Defendant shall have thirty days from the date transfer to the United States District Court for the District of Columbia is complete to answer or otherwise respond to the Complaint in United States District Court for the District of Columbia, and the Parties request that the schedule and all other deadlines for the above captioned matter pending in the Northern District of California are vacated.

5.   The Parties further stipulate that neither the terms nor the fact of this stipulation shall be evidence of whether the Northern District of California is a proper venue for this matter.

\\
\\
\\
\\
\\
\\
\\
\\
\\

\\

**IT IS SO STIPULATED.**

                                          ISMAIL J. RAMSEY
                                          United States Attorney

DATED: March 18, 2024            /s/ *J. Wesley Samples*
                                          J. WESLEY SAMPLES
                                          Assistant United States Attorney
                                          Attorney for Defendant

DATED: March 18, 2024            /s/ *Maria V. Morris* *
                                          MARIA V. MORRIS,
                                          American Civil Liberties Union Foundation
                                          National Prison Project
                                          Attorney for Plaintiff

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STIPULATION TO TRANSFER & [PROPOSED] ORDER
CASE NO.: 3:23-CV-05248-JD                                          4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　Defendant. | CASE NO. 3:23-CV-05248-JD<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** This matter is transferred to the United States District Court for the District of Columbia. The schedule and all other deadlines for the above captioned matter pending in the Northern District of California are vacated.

Dated: _____

_____
HONORABLE JAMES DONATO
United States District Judge